# Court of Appeals
# of the State of Georgia

ATLANTA,    June 25, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1654. IN RE: ESTATE OF MICHELLE KAMIKA CHINNIS**

Pursuant to our order of June 4, 2013, Appellant's brief and enumerations of error were due on June 14, 2013, and have not been filed. Accordingly, this appeal is DISMISSED pursuant to Court of Appeals Rules 13, 15 (a), and 23 (a).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 06/25/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*